JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
JAN 17 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Ricardo Watkins,　　　　　　　§
P.O Box 8000　　　　　　　　　§
Anthony, NM 88021　　　　　　§
　　Petitioner　　　　　　　　§
　　　　　　　　　　　　　　　§
V.　　　　　　　　　　　　　　§　　No.
　　　　　　　　　　　　　　　§
Sandra Hijar, Warden　　　　 §　　EP25CV0019
Federal Correction　　　　　 §
Institution La Tuna　　　　　§
P.O. Box 3000　　　　　　　　 §
Anthony, NM 88021　　　　　　§
　　Respondent　　　　　　　　§

## PETITION FOR WRIT OF HABEAS CORPUS

Comes now Ricardo Watkins, Petitioner (hereinafter Petitioner) Pro Se, and pursuant to 28 U.S.C §2241, applies to this Honorable Court for writ of Habeas Corpus, and in support will show the following:

1. Petitioner is presently restrained and in the custody of the Federal Bureau of Prisons and is confined in violation of the Constitution and laws of the United States, 28 U.S.C. §2241(c)(3).

2. Petitioner is not attacking a conviction or sentence, but is challenging the Bureau of Prisons (BOP) method of calculating First Step Act (FSA) and Second Chance Act (SCA) earned time credits, and placement into a halfway-house or home confinement pursuant to 18 U.S.C §3624(g)(2), and SCA.

3. A §2241 petition asks that the BOP be ordered to properly calculate and apply earned time credits and place inmates into a home confinement.

4. Pursuant to FSA, 18 U.S.C §3624(g)(1)(A), an inmate is eligible to pre-release custody pursuant to the creation of an FSA system of earned time credits to encourage inmates to participate in evidence-based recidivism reduction(EBRR) programs or productive activities(PA), 18 U.S.C §3632(d). An inmate earns 15 days of time credits for every 30 days of successful participation in evidence-based recidivism reduction programming or productive activities when determine by the Bureau of Prisons to be at minimum or low risk for recidivating. The first 365 days earned time credits are apply to early transfer to supervised release, and the remaining credits are applied to pre-release halfway-house or home confinement placement.

Under the Second Chance Act, an inmate can get an additional six to twelve months in halfway-house and an additional six months of home confinement placement.

5. Petitioner was sentenced on July 28, 2006 to Life in prison and was committed to BOP on October 5, 2006. On September 24, 2012 sentence was reduce to 360 months. Petitioner has been serving his sentence since March 15, 2005, but the Bureau of Prison's projected pre-release custody date is November 27, 2025. Petitioner's calculation pre-release custody date is on or about May 27, 2025. Petitioner confinement is unlawful and improper.

6. Petitioner believes that the Bureau of Prison's calculations are incorrect, yet the BOP is aware of this fact, but has in place an internally-concocted scheme with the sole purpose to deny inmates relief of the First Step Act and Second Chance Act,

contrary to the law and defiance to the Congressional intent. Sufficient factual evidence exists, that will prove this illegal and intentional activity.

## PURPOSE OF 28 U.S.C. §2241

7. The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and the traditional function of the writ is to secure release from illegal custody. Preiser v Rodriguez, 93 S. Ct. 1827, 36 L. Ed. 2d 439, 411 U.S. 475 (1973).

8. Habeas Corpus is available to effect discharge from any confinement contrary to the Constitution or fundamental law, even though imposed pursuant to a conviction by a court or competent jurisdiction. Preiser v Rodriguez, hn. 5.

9. Habeas Corpus is an appropiate remedy for the restoration of a prisoner's good-time, First Step Act, Second Chance Act credits on their sentence even if their credits will not result in their immediate release, but only in shortening the length of their actual confinement in prison. Preiser v Rodriguez, id.

10. Habeas Corpus is a Constitutional recognized and protected right, article I, Section 9, which provides an expeditious (3 to no more than 20 days) remedy to an illegal confinement. 18 U.S.C §2243. Thus, an illegal confinement is not only a Constitutional violation, but a criminal violation as well.

## CONCLUSION

Petitioner hereby requests this Honorable Court to issue an order directing the respondent to show cause why the writ should

not be granted and to properly calculate his earned time credits with the Second Chance Act, and release the Petitioner on the lawful date.

December 18, 2024                              Respectfully,

                                               _____
                                               Ricardo Watkins
                                               FCI La Tuna
                                               P.O. Box 8000
                                               Anthony, NM 88021

## CERTIFICATE OF SERVICE

I, Ricardo Watkins, hereby certify that this true and correct copy was placed into the mailing system located at this facility on December    , 2024 to be hand delivered to this Honorable Court.

                                               _____
                                               Ricardo Watkins.